# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

ELIZABETH ENGLISH, on behalf of herself and all others similarly situated,

    Plaintiff,

v.

QSL MANAGEMENT, LLC,

    Defendant.

CASE NO. 3:23cv10894-MCR-ZCB

## **REFERRAL AND ORDER**

Referred to Judge M. Casey Rodgers on <u>July 27, 2023</u>
Motion/Pleadings: <u>MOTION TO STAY</u>
Filed by <u>Plaintiff & Defendant</u> on <u>July 26, 2023</u> Doc. # <u>18</u>

|  | Stipulated | X | Joint Pleading |
|---|---|---|---|
|  | Unopposed |  | Consented |

                                          JESSICA J. LYUBLANOVITS
                                          CLERK OF COURT
                                          ***/s/ Patricia G. Romero***
                                          Deputy Clerk: Patricia G. Romero

---

    The Court finds, and the parties agree, that the interests of efficiency and judicial economy are best served by staying this matter, including all discovery and proceedings, for the reasons set forth in the parties' joint motion. This case is therefore STAYED until October 24, 2023. The parties must promptly notify the Court if the case settles or is ready to proceed.

    **DONE and ORDERED** this 15th day of August 2023.

                                      *M. Casey Rodgers*
                                  **M. CASEY RODGERS**
                                  **UNITED STATES DISTRICT JUDGE**